Rebecca Noblin
Jeremy C. Lieb
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: rnoblin@earthjustice.org
E: jlieb@earthjustice.org

Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ejorgensen@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society et al.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, CENTER FOR BIOLOGICAL DIVERSITY, FRIENDS OF THE EARTH, and STAND.EARTH,<br><br>*Plaintiffs*,<br><br>v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the Interior; WILLIAM P. PENDLEY, in his official capacity as Deputy Director, Policy and Programs, exercising the authority of the Director of the Bureau of Land Management; CHAD B. PADGETT, in his official capacity as Alaska State Director of Bureau of Land Management; DEPARTMENT OF THE INTERIOR; and BUREAU OF LAND MANAGEMENT,<br><br>*Defendants*. | Case No. 3:20-cv-00206-SLG |

**MOTION FOR LEAVE TO WITHDRAW COUNSEL**

Pursuant to Local Civil Rule 11.1(c), Plaintiffs National Audubon Society, Center for Biological Diversity, Friends of the Earth, and Stand.earth hereby move for leave to withdraw Rebecca Noblin as their counsel in the above-captioned case.

Ms. Noblin's last day of employment with Earthjustice is September 30, 2020. Jeremy C. Lieb and Eric P. Jorgensen will remain as counsel for Plaintiffs. All communications regarding this matter should be directed to them at:

> Jeremy C. Lieb
> EARTHJUSTICE
> 441 W 5th Avenue, Suite 301
> Anchorage, AK 99501
> T: 907.277.2500
> E: jlieb@earthjustice.org
>
> Eric P. Jorgensen
> EARTHJUSTICE
> 325 Fourth Street
> Juneau, AK 99801
> T: 907.586.2751
> E: ejorgensen@earthjustice.org

Respectfully submitted this 30th day of September, 2020.

> *s/ Rebecca Noblin*
> Rebecca Noblin (Alaska Bar No. 0611080)
> Jeremy C. Lieb (Alaska Bar No. 1810088)
> Eric P. Jorgensen (Alaska Bar. No. 8904010)
> EARTHJUSTICE
>
> *Attorneys for Plaintiffs National Audubon Society, Center for Biological Diversity, Friends of the Earth, and Stand.earth*