CAITLIN CIPICCHIO, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
150 M St. NE
Washington, D.C. 20002
Tel: (202) 305-0503
Fax: (202) 305-0506

*Attorney for Federal Defendants*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, *et al.*, <br><br> Defendants. | Case No. 3:20-cv-00206-SLG |

## JOINT STATUS REPORT

Pursuant to the Court's October 1, 2020 order (ECF 10), the parties hereby submit this Joint Status Report. As of the date and time of this filing, the Defendants have yet to issue the Record of Decision for the National Petroleum Reserve-Alaska Integrated Activity Plan. The parties propose to file a joint status report proposing a new schedule for filing the amended complaint and answer, lodging the administrative record, and completing the briefing within fourteen days after the ROD is issued.

Respectfully submitted December 31, 2020.

>PAUL E. SALAMANCA
>Deputy Assistant Attorney General
>Environment and Natural Resources Division
>U.S. Department of Justice
>
>*/s/ Caitlin Cipicchio*
>CAITLIN CIPICCHIO, Trial Attorney
>Natural Resources Section
>Environment & Natural Resources Division
>United States Department of Justice
>150 M St. NE
>Washington, D.C. 20002
>Tel: (202) 305-0503
>Fax: (202) 305-0506
>
>*Attorneys for Federal Defendants*
>
>*/s/ Jeremy Lieb (with consent)*
>Jeremy C. Lieb
>EARTHJUSTICE
>441 W 5th Avenue, Suite 301
>Anchorage, AK 99501
>T: 907.277.2500
>E: jlieb@earthjustice.org
>
>Eric P. Jorgensen
>EARTHJUSTICE
>325 Fourth Street
>Juneau, AK 99801
>T: 907.586.2751
>E: ejorgensen@earthjustice.org
>
>*Attorneys for Plaintiffs*