Jeremy C. Lieb
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: jlieb@earthjustice.org

Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ejorgensen@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society et al.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DAVID BERNHARDT *et al.*, <br><br> *Defendants*. | Case No. 3:20-cv-00206-SLG |

**JOINT STATUS REPORT AND SCHEDULING MOTION**

The parties respectfully submit this Joint Status Report and Scheduling Motion to approve a modified schedule for the amended complaint, answer, and administrative record in this case.[1]

This case concerns the Bureau of Land Management's (BLM) environmental review and adoption of a management plan, known as the Integrated Activity Plan (IAP), for the National Petroleum Reserve-Alaska (Reserve).[2] Under the Naval Petroleum Reserves Production Act,

> Any action seeking judicial review of the adequacy of any program or site-specific environmental impact statement under section 102 of the National Environmental Policy Act of 1969 (42 U.S.C. 4332) concerning oil and gas leasing in the [Reserve] shall be barred unless brought in the appropriate District Court within 60 days after notice of the availability of such statement is published in the Federal Register.

42 U.S.C. § 6506a(n)(2). BLM published its notice of availability for the final environmental impact statement (EIS) for the IAP in the Federal Register on June 26, 2020, and Plaintiffs filed this lawsuit on August 24, 2020. Doc. 1.

This Court previously stayed all deadlines in the case until Defendants issued the Record of Decision for the IAP. Doc. 10. Defendants issued the Record of Decision for the EIS on December 31, 2020. The Court's order on the motion to stay required the parties to file a joint status report no later than 14 days after Defendants' issuance of the

---

[1] Counsel for Plaintiffs provided a draft of this motion to Movant Intervenor-Defendant State of Alaska. The State of Alaska does not oppose this motion.
[2] A separate case related to the IAP is also before this Court. *N. Alaska Envtl. Ctr. v. Bernhardt*, No. 3:20-cv-00207-SLG.

Record of Decision proposing a new schedule for filing of the amended complaint and answer, lodging the administrative record, and completing the briefing. *Id*.

Plaintiffs and Defendants request to modify the deadlines in Local Civil Rule 16.3 to adopt the following schedule:

1. Plaintiffs will file their first amended complaint on or before February 15, 2021.
2. Defendants will file their answer on or before April 1, 2021.
3. Defendants will file the administrative record on or before April 30, 2021.
4. Plaintiffs will inform Defendants of any concerns with the administrative record on or before May 28, 2021 so that the parties may attempt to resolve disagreements regarding the content of the administrative record informally and amongst themselves.
5. Plaintiffs will file any motion to supplement the administrative record on or before June 14, 2021.
6. If a motion is filed in accordance with paragraph 5 above, the deadline for any response to the motion shall be 30 days after service of the motion, and the deadline for any reply shall be 14 days after service of any responses.
7. Any party may seek a further extension of time if necessary, and the parties will attempt to resolve any issues without contested motions.
8. If no motion is filed in accordance with paragraph 5 above, parties will submit a joint motion or status report on or before June 21, 2021 proposing a briefing schedule.

Respectfully submitted this 14th day of January, 2021.

*s/ Jeremy Lieb*
Jeremy C. Lieb (Alaska Bar No. 1810088)
Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE

*Attorneys for Plaintiffs National Audubon Society, Center for Biological Diversity, Friends of the Earth, and Stand.earth*


PAUL E. SALAMANCA
Deputy Assistant Attorney General
Environment & Natural Resources Division

*s/ Caitlin Cipicchio (consent)*
Caitlin Cipicchio, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
UNITED STATES DEPARTMENT OF JUSTICE

*Attorneys for Federal Defendants*