JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment and Natural Resources Division
RICKEY TURNER, Senior Attorney
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1373
rickey.turner@usdoj.gov
CAITLIN CIPICCHIO, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
150 M St. NE
Washington, D.C. 20002
Tel: (202) 305-0503
caitlin.cipicchio@usdoj.gov
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, *et al.*,<br><br>        Plaintiffs,<br>  v.<br><br>SCOTT DE LA VEGA, in his official capacity as Acting Secretary of the United States Department of the Interior, *et al.*,<br><br>        Defendants,<br>  and<br><br>STATE OF ALASKA,<br><br>        Intervenor-Defendant. | Case No. 3:20-cv-00206-SLG |

**DEFENDANTS' UNOPPOSED MOTION TO STAY PROCEEDINGS**

Defendants Scott de la Vega, in his official capacity as Acting Secretary of

the United States Department of the Interior, *et al.*, by and through undersigned

counsel, hereby move the Court to stay proceedings in this matter.

Defendants request a stay of 60 days, to and including May 10, 2021, to accommodate review of this matter by new officials within the United States Department of the Interior. Not later than the end of the sixty-day period, the parties will endeavor to file a joint status report advising the Court what further proceedings may be necessary, or will file separate reports setting out their proposals, if necessary. A proposed order is filed herewith.

Undersigned counsel have conferred with counsel to the other parties. Plaintiffs have indicated they do not oppose this motion. Intervenor-Defendant State of Alaska has indicated they take no position on the motion.

Respectfully submitted this 11th day of March, 2021.

JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

*s/ Caitlin Cipicchio*
Caitlin Cipicchio
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
E: caitlin.cipicchio@usdoj.gov
T: (202) 305-0503

*s/ Rickey D. Turner, Jr.*
Rickey D. Turner, Jr.
Senior Attorney (CO Bar No. 35383)
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
E: rickey.turner@usdoj.gov

T: (303) 844-1373

*Attorneys for Federal Defendants*

Of Counsel:

MIKE GIERYIC
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

*National Audubon Society v. de la Vega,* 3:20-cv-00206-SLG
DEFS.' UNOPPOSED MOTION TO STAY PROCEEDINGS    3

Case 3:20-cv-00206-SLG   Document 27   Filed 03/11/21   Page 3 of 3