JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment and Natural Resources Division
RICKEY TURNER, Senior Attorney
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1373
rickey.turner@usdoj.gov
CAITLIN CIPICCHIO, Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
150 M St. NE
Washington, D.C. 20002
Tel: (202) 305-0503
caitlin.cipicchio@usdoj.gov
*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DEBRA HAALAND, in her official capacity as Acting Secretary of the United States Department of the Interior, *et al.*,[1]<br><br>Defendants,<br>and<br><br>STATE OF ALASKA,<br><br>Intervenor-Defendant. | Case No. 3:20-cv-00206-SLG |

## JOINT STATUS REPORT

In accordance with the Court's order (ECF 28) dated March 15, 2021, the

---

1    Pursuant to FED R. CIV. P. Rule 25(d), Debra Haaland, in her official capacity as Secretary of the Interior, is automatically substituted for Scott de la Vega.

*National Audubon Society v. Haaland,* 3:20-cv-00206-SLG
JOINT STATUS REPORT REGARDING STAY                                                    1

parties provide the following status report.

Defendants sought the stay in this litigation in order to allow new officials in the Department of the Interior the opportunity to review the 2020 Integrated Activity Plan ("IAP") for the National Petroleum Reserve-Alaska, as well as this litigation. Due to the volume of natural resource matters under review by new administration officials, some of whom have only recently started in their positions with the Department, additional time is necessary for review of this matter.

Accordingly, Defendants hereby seek to continue the stay of all proceedings in this action for a period of 60 days to and including July 9, 2021. This brief extension of the stay will continue to conserve the time and resources of the parties and the Court. Not later than the end of the sixty-day period, the parties will file a joint status report advising the Court what further proceedings may be necessary. A proposed order is filed herewith.

Undersigned counsel have conferred with counsel to the other parties. Plaintiffs have indicated they do not oppose the requested extension of the stay and authorize undersigned counsel to submit this as a joint status report. Intervenor-Defendant State of Alaska has indicated they take no position on the request for extension of the stay.

DATED: May 10, 2021.

JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Div.

*s/ Caitlin Cipicchio*
Caitlin Cipicchio

Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
E: caitlin.cipicchio@usdoj.gov
T: (202) 305-0503

s/ *Rickey D. Turner, Jr.*
Rickey D. Turner, Jr.
Senior Attorney (CO Bar No. 35383)
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
E: rickey.turner@usdoj.gov
T: (303) 844-1373

Of Counsel:

Mike Gieryic
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

*Attorneys for Federal Defendants*

s/ *Jeremy Lieb (with consent)*
Jeremy C. Lieb (Alaska Bar No. 1810088)
Ian Dooley (Alaska Bar No. 2006059)
Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE

*Attorneys for Plaintiffs National Audubon Society, Center for Biological Diversity, Friends of the Earth, and Stand.earth*