# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEB HAALAND, in her official capacity as Secretary of the Interior, *et al.*,<br><br>    Defendants,<br><br>    and<br><br>STATE OF ALASKA,<br><br>    Intervenor-Defendant. | Case No. 3:20-cv-00206-SLG |

## ORDER RE FEDERAL DEFENDANTS' STATUS REPORT

The Court has reviewed the Federal Defendants' Status Report filed at Docket 40. Based on that review, IT IS ORDERED that Federal Defendants shall file a renewed status report on or before January 10, 2022, which shall include the status of the Department of Interior's verification of the adequacy of the 2020 IAP/EIS as referenced on page 2 of the status report, as well as the current status of all other relevant analyses.

DATED this 24th day of November, 2021 at Anchorage, Alaska.

                                                  */s/ Sharon L. Gleason*
                                                  UNITED STATES DISTRICT JUDGE