# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEB HAALAND, in her official capacity as Secretary of the Interior, *et al.*, <br><br> Defendants, <br><br> and <br><br> STATE OF ALASKA, <br><br> Intervenor-Defendant. | Case No. 3:20-cv-00206-SLG |

## ORDER RE JOINT STATUS REPORT AND SCHEDULING MOTION

Upon consideration of the Joint Status Report and Scheduling Motion at Docket 61, IT IS ORDERED that the motion is hereby granted.

The schedule for filing the amended or supplemental complaint, answer or other response, responses to any motion to dismiss, submission of the record, resolving any record disputes, and filing subsequent status report and briefing schedule is as follows:

- Plaintiffs to file an amended/supplemental complaint within 60 days of the Court's order adopting this schedule.

- Federal Defendants to file an answer or otherwise respond within 60 days of the amended/supplemental complaint.

- In the event that Federal Defendants respond by filing a motion to dismiss the amended/supplemental complaint, responses due within 45 days of the filing of the motion and reply due within 30 days of the last-filed response.

- Federal Defendants to file and serve the administrative record within 90 days of filing an answer or, in the event of a motion to dismiss that does not resolve the case, within 90 days of the Court's ruling on such motion.

- The parties shall resolve any disputes about the administrative record within 45 days of its filing.

- The parties submit a status report and briefing schedule at the end of the 45-day period (if there are no record disputes) or within 10 days of the resolution of any such disputes.

DATED this 26th day of September, 2022 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00206-SLG, *National Audubon Society, et al. v. Haaland, et al.*
Order re Joint Status Report and Scheduling Motion
Page 2 of 2
Case 3:20-cv-00206-SLG   Document 62   Filed 09/26/22   Page 2 of 2