


# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Alaska State Office
222 West Seventh Avenue, #13
Anchorage, Alaska 99513-7504
www.blm.gov/alaska

September 20, 2022

Dear Reader:

The enclosed Errata Sheet documents minor edits to the text of the Final Environmental Impact Statement (EIS) for the National Petroleum Reserve in Alaska Integrated Activity Plan (IAP) that was publicly released on June 26, 2020. In the Final EIS, edits relating to future lease sales have been made in Section 1.8: Requirements for Further Analysis and Appendix Z: Public Comments and BLM Responses. The Errata Sheet provides the revised text for Section 1.8 in its entirety and the respective Bureau of Land Management (BLM) comment responses in Appendix Z. There are no changes or significant new circumstances or information identified in this Errata Sheet that affect the impact conclusions in the Final EIS.

This Errata Sheet is part of the administrative record for the National Petroleum Reserve in Alaska IAP Final EIS. It will be posted on the BLM-Alaska website at https://eplanning.blm.gov/eplanning-ui/project/117408/510.

For additional information or clarification regarding the attached Errata Sheet, please contact Carrie Cecil, Project Lead, at (907) 205-7801.

Sincerely,

ERIKA REED
Digitally signed by ERIKA REED
Date: 2022.09.20 11:55:16 -08'00'

*for* Steven M. Cohn
State Director

Attachment: Errata Sheet

# ATTACHMENT: ERRATA SHEET

Below is the revised text for the June 2020 National Petroleum Reserve in Alaska Integrated Activity Plan Final Environmental Impact Statement (EIS) as it addresses NEPA analysis for future lease sales:

## 1.8 REQUIREMENTS FOR FURTHER ANALYSIS

NEPA documentation is required before the BLM can authorize actions that affect the environment. Actions that could individually or cumulatively have a significant effect on the environment would be authorized only after completion of an EIS. Actions that are not anticipated to have a significant effect on the environment could be authorized after completion of an environmental assessment. Actions having no new significant effects could be analyzed in an environmental assessment tiering to and/or incorporating by reference an existing EIS, including this IAP/EIS. Actions that have been shown not to have the potential for individual or cumulative significant impacts can be authorized using categorical exclusions.

For impact analysis purposes, this plan assumes that all lands that the ROD determines to be available for leasing would be offered in the first and subsequent lease sales, though lands with the proposed 5-year and 10-year deferrals (Alternative B) and 10-year deferral (Alternatives B and E) would not be offered until after the deferral expires.

Readers should bear in mind, however, that the first sale, and any subsequent sale, might offer only a portion of the lands identified in the ROD as available, making possible a phased approach to leasing and development. The area offered in the first sale would be within the area identified in this IAP's ROD as available and not deferred for leasing. The timing of and the lands offered for lease in the second and subsequent sales, if any, would depend in part on the response to the first sale and the results of the exploration that follows.

This programmatic IAP/EIS is not intended to, by itself and without further NEPA analysis, fulfill NEPA requirements for future lease sales.

Future on-the-ground actions requiring BLM approval, including potential exploration and development proposals, would also require further NEPA analysis based on the site-specific proposal. Applicants would be subject to the terms of the lease, including lease stipulations in effect at the time the lease is issued or renewed, and required operating procedures adopted in the ROD for this IAP/EIS; however, the BLM Authorized Officer may require additional site-specific terms and conditions before authorizing any oil and gas activity based on the project-level NEPA analysis.

## APPENDIX Z (PUBLIC COMMENTS AND BLM RESPONSES)

p. Z-53 (Comment #43):

This IAP/EIS and associated ANILCA 810 evaluation considers the impacts of lease sales at a programmatic level. This programmatic IAP/EIS is not intended to, by itself and without further NEPA analysis, fulfill NEPA requirements for future lease sales.

p. Z-54 (Comment #42):

This IAP/EIS and associated ANILCA 810 evaluation considers the impacts of lease sales at a programmatic level. This programmatic IAP/EIS is not intended to, by itself and without further NEPA analysis, fulfill NEPA requirements for future lease sales.

p. Z-211 (Comment #10):

The IAP/EIS compares the differences in impacts by alternative. Unlike specific development projects, where the location, timing, and scope of activities are understood, at this IAP stage, such information is absent. Given the absence of this information at the IAP stage, such detailed analysis would not be helpful to a decision-maker.

p. Z-309 (Comment #40):

Any non-NSO lease that the BLM issues constitutes an irretrievable commitment of resources, requiring an EIS level of analysis. The IAP/EIS analyzes impacts to the extent possible at the IAP stage. However, this programmatic IAP/EIS is not intended to, by itself and without further NEPA analysis, fulfill NEPA requirements for future lease sales.

p. Z-310 (Comment #38):

This IAP/EIS considers the impacts of lease sales at a programmatic level. This programmatic IAP/EIS is not intended to, by itself and without further NEPA analysis, fulfill NEPA requirements for future lease sales.

p. Z-311 (Comment #39):

Any non-NSO lease that the BLM issues constitutes an irretrievable commitment of resources, requiring an EIS level of analysis. The IAP/EIS analyzes impacts to the extent possible at the IAP stage. However, this programmatic IAP/EIS is not intended to, by itself and without further NEPA analysis, fulfill NEPA requirements for future lease sales.

p. Z-587 (Comment #3):

At the programmatic level, the BLM does not have enough information to analyze specific locations about where infrastructure, such as pipelines, roads, and drill pads, will be located. This plan makes no decision regarding the exact location of such corridors; potential corridors shown on maps are for representational purposes only. Specific projects will be analyzed in subsequent NEPA analyses when a project is proposed.