# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, *et al.*,<br><br>      Plaintiffs,<br><br>    v.<br><br>DEB HAALAND, in her official capacity as Secretary of the Interior, *et al.*,<br><br>      Defendants,<br><br>    and<br><br>STATE OF ALASKA,<br><br>      Intervenor-Defendant. | Case No. 3:20-cv-00206-SLG |

## ORDER RE JUDGE GLEASON'S CHAMBERS COPIES

    For all future filings in this case, the parties shall provide a chambers copy for the use of the undersigned judge of every filing that exceeds 50 pages, including attachments. Chambers copies are not part of the official file in the case and are not open to public inspection. Chambers copies should contain the following:

- If the document was filed electronically, the chambers copy must be an exact replica of the filed document, including the document footer assigned by the CM/ECF System.

- Exhibits must be separately identified with readily visible tabs.

- The copies are to be legible, single-sided, and two-hole punched at the center of the top of the page.

IT IS SO ORDERED.

DATED this 2nd day of February, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00206-SLG, *National Audubon Society, et al. v. Haaland, et al.*
Order re Chambers Copies
Page 2 of 2
Case 3:20-cv-00206-SLG   Document 67   Filed 02/02/23   Page 2 of 2