TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

RICKEY D. TURNER, JR.
Senior Attorney
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1373
rickey.turner@usdoj.gov

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, *et al.*,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>DEBRA HAALAND, *et al.*,<br><br>　　　　　Defendants,<br>　and<br><br>STATE OF ALASKA,<br><br>　　　　　Intervenor-Defendant. | Case No. 3:20-cv-00206-SLG |

**<u>JOINT MOTION SEEKING SCHEDULING ORDER</u>**

In response to the Court's order dated April 29, 2024, ECF No. 89, the parties

have conferred and advise that Plaintiffs and Defendants continue to seek a negotiated resolution to this case.  In order to allow those efforts to continue, while providing an alternative means of resolving the case if negotiations are ultimately unsuccessful, the parties now jointly move for a scheduling order from the Court.  The parties respectfully request that the Court set the following deadlines:

1. Defendants file and serve the administrative record:  **July 26, 2024**.
2. Plaintiffs identify concerns regarding the AR:  **August 2, 2024**.
3. Defendants respond to AR concerns or supplement AR:  **August 9, 2024**.
4. Plaintiffs file opening brief:  **September 6, 2024**.
5. Defendants file response brief:  **October 7, 2024**.
6. Intervenor-Defendant files response brief:  **October 17, 2024**.
7. Plaintiffs file reply brief:  **November 1, 2024**.

Plaintiffs and Defendants have conferred regarding the scope of the administrative record, and the proposed schedule reflects their anticipated agreement on the contents of the administrative record, or the likelihood that any insufficiencies that are discovered in the record upon filing can be expeditiously resolved without the need for motions seeking to complete the record.

The parties intend that their briefs be governed by the page/word limits for motions for summary judgment under Local Civil Rule 7.4.  The parties will not oppose a reasonable request to file an overlength brief.

Respectfully submitted this 20th day of May 2024.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE (Idaho Bar. No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

MIKE GIERYIC
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

*/s/ Jeremy Lieb* (consent)
Erik Grafe (Alaska Bar No. 0804010)
Jeremy C. Lieb (Alaska Bar No. 1810088)
Ian S. Dooley (Alaska Bar No. 2006059)
EARTHJUSTICE

*Attorneys for Plaintiffs*

TREG TAYLOR
ATTORNEY GENERAL

By: */s/ Ronald W. Opsahl* (consent)
Ronald W. Opsahl (Alaska Bar No. 2108081)
Senior Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Email: ron.opsahl@alaska.gov

*Attorney for the State of Alaska*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke