TREG TAYLOR
ATTORNEY GENERAL

Mary Hunter Gramling (Alaska Bar No. 1011078)
Chief Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2417
Email: mary.gramling@alaska.gov

Ronald W. Opsahl (Alaska Bar No. 2108081)
Senior Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5232
Facsimile: (907) 279-2834
Email: ron.opsahl@alaska.gov

Attorneys for the State of Alaska

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, *et al.*,<br><br>       Plaintiffs,<br>  v.<br><br>DEB HAALAND, in her official capacity as Secretary of the Interior, *et al.*,<br><br>       Defendants,<br>  and<br><br>STATE OF ALASKA,<br><br>       Intervenor-Defendant. | Case No.: 3:20-cv-00206-SLG<br><br>**State of Alaska's Motion to Extend Briefing Schedule** |

The Intervenor-Defendant State of Alaska requests an extension of time until January 27, 2025 to file its brief. The State's brief is currently due on January 21, 2025. Due to the extension requested on the State's brief, this motion proposes to similarly extend the deadline for the Plaintiffs' reply brief from January 31, 2025 to February 7, 2025. Undersigned counsel conferred with counsel for the other parties. Counsel for the Defendants stated that the undersigned could indicate that their clients took "no position" on the requested extension. Counsel for the Plaintiffs also stated "no position."

This is the State's first request for an extension on this briefing. With the requested extension, the State's briefing deadline will be within the time frame contemplated for routine extensions under Local Rule 16.3(c)(5) since the Plaintiffs' brief was filed on December 13, 2025.

The reason for the requested extension is to allow time to finalize the brief and allow for client review and consultation. The current briefing period has been during a period of peak workload for counsel and clients with the beginning of the year and the upcoming start of legislative session. Additionally, the current due date for the State's brief is the day after the Martin Luther King Jr. Day holiday and the start of the legislative session. The motion is not for the purpose of delay. The motion is supported by a proposed order.

Nat'l Audubon Soc'y v. Haaland    Case No.: 3:20-cv-00206-SLG
Motion to Extend Briefing Schedule    Page 2 of 3
Case 3:20-cv-00206-SLG    Document 110    Filed 01/14/25    Page 2 of 3

DATED: January 14, 2025.

> TREG TAYLOR
> ATTORNEY GENERAL
>
> By: *s/ Mary Hunter Gramling*
> Mary Hunter Gramling
> (Alaska Bar No. 1011078)
> Chief Assistant Attorney General
> Attorney for the State of Alaska

## CERTIFICATE OF SERVICE

I certify that on January 14, 2025, the foregoing State of Alaska's Motion to Extend Briefing Schedule and Proposed Order were served electronically on all parties listed on the CM/ECF system.

> */s/ Mary Hunter Gramling*
> Mary Hunter Gramling
> Chief Assistant Attorney General
> (Alaska Bar No. 1011078)

*Nat'l Audubon Soc'y v. Haaland* — Case No.: 3:20-cv-00206-SLG
Motion to Extend Briefing Schedule — Page 3 of 3
Case 3:20-cv-00206-SLG   Document 110   Filed 01/14/25   Page 3 of 3