ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

RICKEY D. TURNER, JR. (Colorado Bar No. 38353)
Senior Attorney, Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1373
rickey.turner@usdoj.gov

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>DOUG BURGUM, *et al.*,<br><br>  Defendants,<br>and<br><br>STATE OF ALASKA,<br><br>  Intervenor-Defendant. | Case No. 3:20-cv-00206-SLG |

## JOINT STATUS REPORT

Proceedings in this case have been stayed, and the Court has directed the parties to

"submit a status report within 30 days after a final Integrated Activity Plan ["IAP"]

decision by the Bureau of Land Management, or within 60 days of the close of the comment period on the draft Environmental Assessment ["EA"], whichever occurs first." Order 2, Dkt. 127. An IAP decision has not issued, but since the comment period on the draft EA ended on June 1, 2025, the parties submit the following joint status report. The Bureau is evaluating the comments submitted and anticipates issuing an IAP decision within the next 90 days. The parties propose to submit a further status report within 30 days of issuance of an IAP decision, or December 15, 2025, whichever occurs first.

Respectfully submitted this 2nd day of September 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

 /s/ Paul A. Turcke
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Attorneys for Defendants*

Of Counsel:

LINDSAY CRONIN
Office of the Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4621
lindsay.cronin@sol.doi.gov

*/s/ Jeremy Lieb* (consent)
Jeremy Lieb (Alaska Bar No. 1810088)
Ian S. Dooley (Alaska Bar No. 2006059)
Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: idooley@earthjustice.org
E: jlieb@earthjustice.org
E: egrafe@earthjustice.org

*Attorneys for Plaintiffs*

STEPHEN J. COX
ATTORNEY GENERAL

*/s/ Mary Hunter Gramling* (consent)
Mary Hunter Gramling
(Alaska Bar No. 1011078)
Chief Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-0300
907-465-3600
mary.gramling@alaska.gov

*Attorneys for Intervenor-Defendant State of Alaska*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke