Jeremy C. Lieb
Ian S. Dooley
Erik Grafe
EARTHJUSTICE
310 K Street Suite 508
Anchorage, AK 99501
T: 907.277.2500
E: jlieb@earthjustice.org
E: idooley@earthjustice.org
E: egrafe@earthjustice.org

Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ejorgensen@earthjustice.org

*Attorneys for Plaintiffs National Audubon Society et al.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NATIONAL AUDUBON SOCIETY *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>DOUG BURGUM, in their official capacity as )<br>Secretary of the Interior, *et al.*, )<br>)<br>*Defendants*, )<br>)<br>and )<br>)<br>STATE OF ALASKA, )<br>)<br>*Intervenor-Defendant.* )<br>) | Case No. 3:20-cv-00206-SLG |

**RULE 41 STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF
NATIONAL AUDUBON SOCIETY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that Plaintiff National Audubon Society is dismissed from this action. This stipulation does not apply to the remaining Plaintiffs.

Respectfully submitted this 17th day of February, 2026.

*s/ Jeremy Lieb*

Jeremy C. Lieb (Alaska Bar No. 1810088)
Ian S. Dooley (Alaska Bar No. 2006059)
Erik Grafe (Alaska Bar No. 0804010)
Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE

*Attorneys for Plaintiffs National Audubon Society, Center for Biological Diversity, and Friends of the Earth*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*s/ Paul A. Turcke (consent)*

Paul A. Turcke
UNITED STATES DEPARTMENT OF JUSTICE
NATURAL RESOURCES SECTION

*Attorneys for Defendants*

STEPHEN J. COX
ATTORNEY GENERAL

*s/ Mary Hunter Gramling (consent)*

Mary Hunter Gramling (Bar No. 1011078)
ALASKA DEPARTMENT OF LAW

*Attorneys for Intervenor-Defendant State of Alaska*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2026, a copy of the foregoing RULE 41

STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF NATIONAL

AUDUBON SOCIETY was served electronically on all counsel of record through the

Court's CM/ECF system.

   *s/ Jeremy Lieb*
Jeremy C. Lieb