Jeremy C. Lieb
Ian S. Dooley
Erik Grafe
EARTHJUSTICE
310 K Street Suite 508
Anchorage, AK 99501
T: 907.277.2500
E: jlieb@earthjustice.org
E: idooley@earthjustice.org
E: egrafe@earthjustice.org

Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Center for Biological Diversity and Friends of the Earth*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and FRIENDS OF THE EARTH, <br><br> *Plaintiffs*, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, *et al.*, <br><br> *Defendants*, <br><br> and <br><br> STATE OF ALASKA, <br><br> *Intervenor-Defendant*. | Case No. 3:20-cv-00206-SLG |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE THIRD AMENDED AND SUPPLEMENTAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

In accordance with the Court's February 2, 2026, order accepting the parties' joint status report, Doc. 132, and pursuant to Federal Rule of Civil Procedure 15, Plaintiffs Center for Biological Diversity and Friends of the Earth move for leave to file a Third Amended and Supplemental Complaint for Declaratory and Injunctive Relief. As an exhibit to this motion, Plaintiffs attach a redline and strikeout document, Ex. 1, that clearly indicates, "by bracketing or striking through the text to be deleted and underlining the text to be added," L.Civ.R. 15.1(a), how Plaintiffs' proposed amended and supplemental complaint differs from its immediate predecessor pleading, Plaintiffs' Second Amended Complaint for Declaratory and Injunctive Relief that Plaintiffs filed on November 28, 2022, Doc. 63. Plaintiffs also attach a clean copy of the proposed amended and supplemental complaint, Ex. 2, and a proposed order granting the leave Plaintiffs seek.

This motion is unopposed. Counsel for Defendants indicated that Defendants do not oppose the motion for leave to amend, while reserving any defenses or responses to any amended complaint. Counsel for Intervenor-Defendant State of Alaska indicated that Alaska also does not oppose the motion for leave to amend, while reserving any defenses or responses to any amended complaint.

Federal Rule of Civil Procedure 15(a)(2) allows a plaintiff to amend a complaint "only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). "The court should freely give leave when justice so requires." *Id.* Similarly, Federal Rule of Civil Procedure 15(d) provides: "On motion and reasonable notice, the

court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Fed. R. Civ. P. 15(d). While leave is committed to the Court's discretion, Rule 15's policy favoring amended or supplemental pleadings "is to be applied with extreme liberality." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003) (cleaned up).

These requirements are met here. Granting leave to file will not prejudice any party. Indeed, as noted at the outset of this motion, Plaintiffs have conferred with all parties and are authorized to inform the Court in writing that this motion is unopposed. *See* Fed. R. Civ. P. 15(a)(2). In addition, this motion is timely under the Court's order accepting the parties' joint status report, in which the parties represented that Plaintiffs would file a motion seeking leave to file, or would file, an amended and supplemental complaint not later than 10 days after publication of any Bureau of Land Management ("BLM") Notice of National Petroleum Reserve-Alaska ("NPR-A") Lease Sale. Doc. 131; Doc. 132. BLM published a Notice of NPR-A Lease Sale on February 11, 2026. 91 Fed. Reg. 6248, 6248 (Feb. 11, 2026).

Moreover, it is undisputed that significant events have occurred since Plaintiffs filed their second amended complaint on November 28, 2022. Doc. 63. Most recently, BLM issued a new Integrated Activity Plan ("IAP") on December 22, 2025, and issued a notice of lease sale under that IAP. Doc. 131 at 2; 91 Fed. Reg. at 6248. Relatedly, on July 31, 2025, the United States Fish and Wildlife Service issued a new biological

opinion.  *See* BLM National NEPA Register,

https://eplanning.blm.gov/Documents/?id=5ceae1f2-a7f2-f011-8407-

001dd80db62a&spid=7ef8fe98-a8f2-f011-8407-001dd803d067.  Given these

developments, and to serve the interests of justice, Plaintiffs should be granted leave to

amend and supplement their allegations and claims as to Federal Defendants' decisions

challenged in Plaintiffs' second amended complaint and add allegations and claims as to

Federal Defendants' recent actions.  *See* Fed. R. Civ. P. 15(a)(2), (d); Ex. 1; Ex. 2.

Plaintiffs respectfully request that the Court grant this unopposed motion and

allow Plaintiffs to file their Third Amended and Supplemental Complaint for Declaratory

and Injunctive Relief.

Respectfully submitted this 17th day of February, 2026.

*s/ Jeremy Lieb*

Jeremy C. Lieb (Alaska Bar No. 1810088)
Ian S. Dooley (Alaska Bar No. 2006059)
Erik Grafe (Alaska Bar No. 0804010)
Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE

*Attorneys for Plaintiffs Center for Biological*
*Diversity and Friends of the Earth*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2026, a copy of the foregoing PLAINTIFFS'

UNOPPOSED MOTION FOR LEAVE TO FILE THIRD AMENDED AND

SUPPLEMENTAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE

RELIEF, with attachments, was served electronically on all counsel of record through the

Court's CM/ECF system.

>             *s/ Jeremy Lieb*
>             Jeremy C. Lieb