ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

RICKEY D. TURNER, JR. (Colorado Bar No. 38353)
Senior Attorney
Wildlife & Marine Resources Section
999 18th Street, Suite 600, North Terrace
Denver, CO 80202
Tel: (202) 532-3073
rickey.turner@usdoj.gov

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and FRIENDS OF THE EARTH,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>Defendants,<br><br>and<br><br>STATE OF ALASKA, *et al*.,<br><br>Intervenor-Defendants. | Case No. 3:20-cv-00206-SLG |

*Center for Biological Diversity v. Burgum*
DEFS.' NOTICE – ADMIN. RECORDS

# DEFENDANTS' NOTICE OF CONVENTIONAL FILING
## OF THE ADDITIONAL ADMINISTRATIVE RECORDS

Defendants Doug Burgum, in his official capacity as Secretary of the Interior, et al., are conventionally filing the Additional Administrative Records on electronic media in accordance with the Court's Order on Joint Motion for Scheduling Order (Dkt. 140), and Local Civil Rules 7.1 and 16.3(b). Exhibit 1 filed herewith is a declaration certifying the contents of the Bureau of Land Management ("BLM") Additional Administrative Records. Exhibit 2 filed herewith is the BLM Additional Administrative Records index. Exhibit 3 filed herewith is a declaration certifying the contents of the U.S. Fish and Wildlife Service ("FWS") Additional Administrative Records. Exhibit 4 filed herewith is the FWS Additional Administrative Record index. Defendants are conventionally filing the Additional Administrative Records on electronic media by hand delivery to the Clerk's Office. Copies of the Additional Administrative Records on electronic media are being served on all parties' counsel by express delivery.

Respectfully submitted this 22nd of April 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Idaho Bar No. 4759
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

RICKEY D. TURNER, JR.
Colorado Bar No. 38353
Senior Attorney
Wildlife & Marine Resources Section
999 18th Street, Suite 600, North Terrace
Denver, CO 80202
Tel: (202) 532-3073
rickey.turner@usdoj.gov

*Counsel for Defendants*

Of Counsel:

LINDSAY CRONIN
Attorney-Advisor
Office of the Regional Solicitor
U.S. Department of the Interior
Anchorage, Alaska
907-271-4131

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A, Turcke*
Paul A. Turcke