# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

CENTER FOR BIOLOGICAL DIVERSITY
And FRIENDS OF THE EARTH,

  Plaintiffs,

  v.

DOUG BURGUM, *et al*.,

  Defendants.

_____

SOVEREIGN INUPIAT FOR A LIVING
ARCTIC, *et al*.,

  Plaintiffs,

  v.

DOUG BURGUM, *et al*.,

  Defendants.

_____

GRANDMOTHERS GROWING GOODNESS
And THE WILDERNESS SOCIETY,

  Plaintiffs,

  v.

DOUG BURGUM, *et al*.,

  Defendants.

_____

Case No. 3:20-cv-00206-SLG

Case No. 3:26-cv-00078-SLG

Case No. 3:26-cv-00097-SLG

**<u>Declaration of Serena Sweet Certifying the 2025 National Petroleum Reserve-
Alaska Integrated Activity Plan Record of Decision Administrative Record</u>**

1

I, Serena Sweet, hereby declare as follows:

1.  I am over 21 years of age, fully competent, and duly authorized to make this declaration.

2.  I am the Branch Chief of Planning and Project Management for the Bureau of Land Management (BLM), Alaska State Office, in Anchorage, Alaska. My responsibilities relating to the BLM's 2025 National Petroleum Reserve in Alaska Environmental Assessment (EA), associated December 2025 Record of Decision (ROD), and related Program documents, included compiling, maintaining and reviewing relevant documents for inclusion in the Administrative Record.

3.  I am familiar with the types of information and documents that are maintained by the BLM for the aforementioned matters.

4.  I have reviewed the index of the Administrative Record submitted herewith, which constitutes the certified list of the contents of the Administrative Record.

5.  Upon information and belief, it is hereby certified that the documents annexed and described in the index submitted herewith include the materials directly and indirectly considered by agency personnel making the relevant final agency action(s) challenged in this matter, and constitute a true and correct copy of the Administrative Record in this case. All documents are on file in the BLM's Alaska State Office, in Anchorage, Alaska.

6.  The foregoing is based upon my personal knowledge. If called upon, I could testify competently as to the matters set forth above.

2

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 20th day of April, 2026, in Anchorage, Alaska.

SERENA SWEET

Digitally signed by SERENA SWEET
Date: 2026.04.20 16:34:34 -08'00'

_____

Serena Sweet
Branch Chief of Planning and Project Management
Bureau of Land Management, Alaska State Office

3