| DATE | FILENAME | DOCUMENT | PAGES | BATES # |
|---|---|---|---|---|
| | | **ADMINISTRATIVE RECORD for the 2025 IAP ROD** | | |
| | | **Miscellaneous Documents** | | |
| 1/29/2025 | BLM_01.pdf | Executive Order 14153 | 5 | BLM_000001 |
| 2/3/2025 | BLM_02.pdf | Secretary's Order 3422 | 2 | BLM_000006 |
| 12/5/2025 | BLM_03.pdf | Public Law 119-47 | 2 | BLM_000008 |
| | | **2020 Final Environmental Impact Statement** | | |
| 6/26/20 | BLM_04.pdf | Notice of Availability, 85 FR 38388 | 1 | BLM_000010 |
| 6/26/20 | BLM_05.pdf | Vol 1 Exec Summary, Ch 1-3, References, Glossary | 558 | BLM_000011 |
| 6/26/20 | BLM_06.pdf | Vol 2 Appendicies A-Y | 868 | BLM_000569 |
| 6/26/20 | BLM_07.pdf | Vol 3 Appendix Z | 838 | BLM_001437 |
| 10/6/20 | BLM_08.pdf | Errata Sheet documenting minor corrections to the text of the Final Environmental ImpactStatement(EIS) | 41 | BLM_002275 |
| | | **2022 Record of Decision and Supporting Documents** | | |
| 4/22/25 | BLM_09.pdf | Determination of NEPA Adequacy | 29 | BLM_002316 |
| 4/25/22 | BLM_10.pdf | Record of Decision | 91 | BLM_002345 |
| 9/20/22 | BLM_11.pdf | Errata | 3 | BLM_002436 |
| | | **External Communications** | | |
| 4/11/2025 | BLM_12.pdf | BLM request to CPAI to discuss Feb 2025 report. Subject: NPRA IAP - Feb 2025 Caribou Report (report attached) | 20 | BLM_002439 |
| 4/11/2025 | BLM_13.pdf | CPAI request to clarify which report. Subject: NPRA IAP - Feb 2025 Caribou Report | 2 | BLM_002459 |
| 4/16/2025 | BLM_14.pdf | CPAI data. Subject: NPRA IAP - Feb 2025 Caribou Report (report attached) | 105 | BLM_002461 |
| 4/17/2025 | BLM_15.pdf | Subject: TCH isopleths consistent with CPAI NPRA (BTU) report (data use attachment) | 2 | BLM_002566 |
| 4/17/2025 | BLM_16.pdf | CPAI geodata of TCH. Subject: TCH isopleths consistent with CPAI NPRA (BTU) report | 3 | BLM_002568 |
| 4/21/2025 | BLM_17.pdf | Earth Justic New Information | 2 | BLM_002571 |
| 4/18/2025 | BLM_18.pdf | EarthJusticeAK_New Info Ltr | 71 | BLM_002573 |
| 5/14/2025 | BLM_19.pdf | SHPO Ltr Invite | 4 | BLM_002644 |
| 6/10/2025 | BLM_20.pdf | Nuiqsut Trilateral NPRA rulemaking | 1 | BLM_002648 |
| 6/19/2025 | BLM_21.pdf | Nina Beety cmnt period ext reqst | 1 | BLM_002649 |
| 6/20/2025 | BLM_22.pdf | Janet Monaco cmnt on EA | 2 | BLM_002650 |
| 6/24/2025 | BLM_23.pdf | NorthernAKEnvironmental cmt period ext reqst | 3 | BLM_002652 |
| 6/24/2025 | BLM_24.pdf | Arctic Defense Campaign cmnt ext rqst | 2 | BLM_002655 |
| 6/29/2025 | BLM_25.pdf | David DePrez IAP cmnt | 3 | BLM_002657 |
| 6/30/2025 | BLM_26.pdf | JoAnne Garrett EA cmnt | 2 | BLM_002660 |
| 6/30/2025 | BLM_27.pdf | Julie Morris IAP cmnt | 1 | BLM_002662 |
| 7/1/2025 | BLM_28.pdf | Kuukpik cmnts on EA | 17 | BLM_002663 |
| 7/1/2025 | BLM_29.pdf | Kuukpik NTI cmnts on EA | 10 | BLM_002680 |
| 7/1/2025 | BLM_30.pdf | Trustees_thumb drive | 4 | BLM_002690 |
| 7/10/2025 | BLM_31.pdf | Sally Lysne cmnt period | 2 | BLM_002694 |
| 7/29/2025 | BLM_32.pdf | TWS supplmental submission. Subject: Supplemental Submission for the 2025 IAP EA (DOI-BLM-AK-0000-2025-0005-EA) | 45 | BLM_002696 |
| 7/29/2025 | BLM_33.pdf | TWS suplment submission. BLM reciept confirmation. | 2 | BLM_002698 |
| | | **2025 Draft Environmental Assessment** | | |
| 06/00/2025 | BLM_34.pdf | 2025 Draft Environmental Assessment | 54 | BLM_002743 |
| | | **2025 Draft Environmental Assessment Public Comments** | | |
| 7/1/2025 | BLM_35 | Center for Biological Diversity Comment and Attachments | N/A | BLM_002979 |
| 1/18/2019 | BLM_36 | Earthjustice Comment and Attachments | 1 | BLM_004317 |
| 1/24/2025 | BLM_37 | Alaska Wilderness League Comment and Attachments | N/A | BLM_004318 |
| 6/24/2025 | BLM_38 | Northern Alaska Environmental Center Comment and Attachments | 3 | BLM_005318 |

| | | | | |
|---|---|---|---|---|
| 7/1/2025 | BLM_39 | Trustees for Alaska Comment and Attachments | N/A | BLM_005321 |
| 7/1/2025 | BLM_40 | Grandmothers Growing Goodness Comment and Attachments | N/A | BLM_019916 |
| 7/29/2025 | BLM_41 | The Wilderness Society Comment and Attachments | N/A | BLM_020030 |
| N/A | BLM_42 | ePlanning comments | N/A | BLM_020109 |
| N/A | BLM_43 | All Other Public Comments | N/A | BLM_022612 |
| **2025 Final Environmental Assessment** | | | | |
| 12/22/2025 | BLM_44.pdf | 2025 Final Environmental Assessment | 72 | BLM_022752 |
| 12/22/2025 | BLM_45.pdf | 2025 Finding of No New Significant Impact | 5 | BLM_022824 |
| **Final  Environmental Assessment References** | | | | |
| N/A | BLM_46 | 2025 Environmental Assessment References | N/A | BLM_022829 |
| **Biological Opinions** | | | | |
| 4/2/2025 | BLM_47.pdf | BLM reinitation of Sec 7 email to NOAA | 4 | BLM_023437 |
| 4/2/2025 | BLM_48.pdf | USFWS Notice of Reinitiation Sec 7 | 4 | BLM_023441 |
| 5/9/2025 | BLM_49.pdf | BLM's Biologial Assessment for USFWS consultation and cover letter | 318 | BLM_023445 |
| 5/9/2025 | BLM_50.pdf | BLM's summary of effects with Appendicies to support consultation reinitation. | 52 | BLM_023763 |
| 5/12/2025 | BLM_51.pdf | BLM-NOAA with attached LS, ROPs Sec 7 consult | 33 | BLM_023815 |
| 7/9/2025 | BLM_52.pdf | NOAA Clarification of Determination of Effects | 4 | BLM_023848 |
| 7/31/2025 | BLM_53.pdf | U.S. Fish and Wildlife Service's (Service or USFWS) programmatic biological opinion (PBO) | 412 | BLM_023852 |
| 8/15/2025 | BLM_54.pdf | National Marine Fisheries Service's (NMFS) framework programmatic biological opinion | 265 | BLM_024264 |
| **2025 Record of Decision** | | | | |
| 12/22/2025 | BLM_55.pdf | 2025 Record of Decision | 93 | BLM_024529 |