# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

CENTER FOR BIOLOGICAL DIVERSITY, et al.,

          Plaintiffs,

    v.

DOUG BURGUM, et al.,

          Defendants.

Case No. 3:20-cv-00206-SLG

## Declaration of Pauline Hope Certifying the FWS Administrative Record

I, Pauline Hope, hereby declare as follows:

1. I am over 21 years of age, fully competent, and duly authorized to make this declaration.

2. I am a Fish and Wildlife Biologist for the U.S. Fish and Wildlife Service (FWS), Northern Alaska Field Office, in Fairbanks, Alaska. My responsibilities relating to the FWS's July 31, 2025, Programmatic Biological Opinion for the National Petroleum Reserve-Alaska Integrated Activity Plan included compiling, maintaining and reviewing relevant documents for inclusion in the Administrative Record.

3. I am familiar with the types of information and documents that are maintained by the FWS for the aforementioned matters.

4. I have reviewed the index of the Administrative Record submitted herewith, which constitutes the certified list of the contents of the FWS Administrative Record.

1

Case 3:20-cv-00206-SLG    Document 157-3    Filed 04/22/26    Page 1 of 2

5. Upon information and belief, it is hereby certified that the documents annexed and described in the index submitted herewith were directly or indirectly considered in making the challenged agency decision(s) and constitute a true and correct copy of the FWS Administrative Record in these cases. All documents are on file in the FWS's Northern Alaska Field Office, in Fairbanks, Alaska.

6. The foregoing is based upon my personal knowledge. If called upon, I could testify competently as to the matters set forth above.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

    Executed this 20th day of April 2026, in Buffalo, Wyoming.

PAULINE HOPE  Digitally signed by PAULINE HOPE
Date: 2026.04.20 13:42:29 -06'00'

_____
Pauline Hope
Fish and Wildlife Biologist
U.S. Fish and Wildlife Service, Northern Alaska Field Office